

| | Speaker | Transcription | Translation |
|---|---|---|---|
| 1 | **MV:** | Ya eso… esos son los números. Entonces, pues, [Tartamudea] re… re… a… a… ahí… ahí vienen y re… y recogen esa plata. Si van a meterla en cualquier negocio nomás la meten nomás. Que yo si quiera yo… yo… son unos… unos diez, doce días pa'star… por estar llegando… estar llegando por allá. | That's already… those are the numbers. So then, well, [Stammers] pi… pi… y… y… you… you guys come over and pi… and pick up that dough. If you guys are going to put it in any business you guys just put it in. That at least I'm… I'm… it's about… about ten, twelve days to be… to be showing up… to be showing up over there. |
| 2 | | [Fin de la grabación] | [End of recording] |

*Voice attributions herein were provided by someone other than the translator.*